06-317

May 9, 2006

To: United States District Court

From: Dosh Coverdale # 203108



I am writing you this letter in high concerns, I could not send copies, because the legal law library dose not have a copie machine here.

Therefore, can your office make copies, do to there is no copy machine working in the legal law library here at however Young Correctional Institution, and prisoners dose not have access to any.

Thank You Very Much.

Dosh