

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
☐ INMATE UNKNOWN       ☐ NO INMATE BY THIS SPELLING
☐ INMATE RELEASED      ☐ ENCLOSURE UNAUTHORIZED
☐ CORRESPONDENCE REFUSED

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19809

FILED
MAY 30 2006
US DISTRICT COURT
DISTRICT OF DELAWARE

06 cv 317 SLR

COMPLETED
MAY 25 2006

UNITED STATES POSTAGE
02 1A
0004615572   MAY 26 2006
MAILED FROM ZIP CODE 19802
$ 00.39⁰
PITNEY BOWES

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO: MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness." If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT.**

---

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I, _____, do acknowledge by my signature below, that I received on _____, an envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____

_____          _____
     (Witness)                              (Recipient)

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED
INMATE UNKNOWN
INMATE RELEASED
CORRESPONDENCE REFUSED

COMPLETED
MAY 25 2006

Dosh Coverdale
SBI# 203108
Howard Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

## Utility Events
1:06-cv-00317-UNA Coverdale v. Williams et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 5/24/2006 at 3:14 PM EDT and filed on 5/24/2006
**Case Name:** Coverdale v. Williams et al
**Case Number:** 1:06-cv-317
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-317 Notice will be electronically mailed to:**

**1:06-cv-317 Notice will be delivered by other means to:**

Dosh Coverdale
SBI# 203108
Howard Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809